AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL REGARDING A<br>COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| 1. ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Southern District of New York<br>500 Pearl Street, NY NY 10007 |
|---|---|
| **2.** DOCKET NO. 24-cv-01210    **3.** DATE FILED 2/17/2024 | |
| **4.** PLAINTIFF<br>George Santos | **5.** DEFENDANT<br>James C. Kimmel et al. |

| | **6.** COPYRIGHT REGISTRATION NO. | **7.** TITLE OF WORK | **8.** AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA 2-449-879 | Santos 1 | George Santos |
| 2 | PA 2-449-882 | Santos 2 | George Santos |
| 3 | PA 2-451-684 | Santos 3 | George Santos |
| 4 | PA 2-451-685 | Santos 4 | George Santos |
| 5 | PA 2-451-683 | Santos 5 | George Santos |

**Steps to fill out a Copyright Form:**

*The red number for each step connects with the red number step on the form

1. Determine whether this is an ACTION or an APPEAL by selecting the check off box it relates to
2. DOCKET NO.: enter the case number you are filing on behalf of e.g., 01cv1234(SHS)
3. DATE FILED: enter the date the complaint is filed
4. PLAINTIFF: enter the name of the Plaintiff. If multiple Plaintiff(s) add "et al." after the first named Plaintiff
5. DEFENDANT: enter the name of the Defendant. If multiple Defendants are added "et al." after the first named Defendant
6. COPYRIGHT REGISTRATION NO.: enter in copyright registered no., e.g., VAU001006362
7. TITLE OF WORK: name title of work that corresponds to the copyright registration no.
8. AUTHOR OF WORK: name the person or business that authored the work.

**If filing an amendment to a copyright form, fill in the second section, as follows:**

9. DATE INCLUDED: enter the date the number was included

10. INCLUDED BY: determine whether this is an amendment, answer, cross bill or other pleading by checking off the box it relates to

11. COPYRIGHT REGISTRATION NO.: enter in the newly added copyright registered no., e.g., VAU001006362

12. TITLE OF WORK: name title of work that corresponds to the copyright registration no.

13. AUTHOR OF WORK: name the person or business that authored the work.

In the above-entitled case, the following copyright(s) have been included:

| 9. DATE INCLUDED | 10. INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| 11. COPYRIGHT REGISTRATION NO. | 12. TITLE OF WORK | | 13. AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |
| | | | |