UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE SANTOS,<br><br>            *Plaintiff,*<br><br>  -v-<br><br>JAMES C. KIMMEL a/k/a<br>JIMMY KIMMEL,<br>AMERICAN BROADCASTING<br>COMPANIES, INC., and<br>THE WALT DISNEY COMPANY,<br><br>            *Defendants.* | Civil Action No.: 24-cv-01210 (DLC)<br><br>**NOTICE OF APPEARANCE** |

    To:    The Clerk of the United States District Court
             For the Southern District of New York

    **PLEASE TAKE NOTICE** that Andrew Mancilla, Esq. a member of the law firm Mancilla & Fantone, LLP, hereby notes his appearance as counsel for GEORGE SANTOS, the plaintiff in the above-captioned matter. Mr. Mancilla is licensed in the State of New York and admitted to practice before this Court.

Dated:  February 26, 2024
          New York, New York

                                                  **MANCILLA & FANTONE, LLP**

                                                    */s/ Andrew Mancilla*
                                                  Andrew Mancilla, Esq.
                                                  260 Madison Avenue, 22nd Floor
                                                  New York, New York 10016
                                                  P (646) 225-6686
                                                  F (646) 655-0269
                                                  E andrew@law-mf.com

To:  All parties of record via ECF