AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| GEORGE SANTOS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-01210-DLC |
| JAMES C. KIMMEL, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants James C. Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company.

Date:   04/15/2024

/s/ Nathan Siegel
*Attorney's signature*

Nathan Siegel (NS8794)
*Printed name and bar number*
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005

*Address*

nathansiegel@dwt.com
*E-mail address*

(202) 973-4237
*Telephone number*

(202) 973-4437
*FAX number*