AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GEORGE SANTOS ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:24-cv-01210-DLC |
| JAMES C. KIMMEL, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants James C. Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company   .

Date:   04/15/2024

/s/ Eric Feder
*Attorney's signature*

Eric Feder (EF8016)
*Printed name and bar number*

Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005

*Address*

ericfeder@dwt.com
*E-mail address*

(202) 973-4273
*Telephone number*

(202) 973-4473
*FAX number*