AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| GEORGE SANTOS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-01210-DLC |
| JAMES C. KIMMEL, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants James C. Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company.

Date:    04/15/2024

/s/ Raphael Holoszyc-Pimentel
*Attorney's signature*

Raphael Holoszyc-Pimentel (5469887)
*Printed name and bar number*

Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

*Address*

rhp@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*

Print    Save As...    Reset