UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE SANTOS,

                 Plaintiff,

        - against -

JAMES C. KIMMEL a/k/a JIMMY KIMMEL,
AMERICAN BROADCASTING COMPANIES,
INC., and THE WALT DISNEY COMPANY,

                Defendants.

Case No. 1:24-cv-01210-DLC

**DEFENDANTS' RULE 7.1
STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants James C. Kimmel a/k/a

Jimmy Kimmel, American Broadcasting Companies, Inc. ("ABC"), and The Walt Disney

Company ("Disney") make the following disclosures:

- ABC is an indirect, wholly owned subsidiary of Disney.

- Disney is publicly held, and no publicly held corporation owns 10% or more of its stock.

Dated: April 17, 2024                Respectfully submitted,

                             By:  */s/ Nathan Siegel*

                             Nathan Siegel
                             Eric Feder
                             DAVIS WRIGHT TREMAINE LLP
                             1301 K Street NW, Suite 500 East
                             Washington, DC 20005
                             (202) 973-4200
                             nathansiegel@dwt.com
                             ericfeder@dwt.com

                             Raphael Holoszyc-Pimentel
                             DAVIS WRIGHT TREMAINE LLP
                             1251 Avenue of the Americas, 21st Floor
                             New York, NY 10020
                             (212) 489-8230
                             rhp@dwt.com

2

*Attorneys for Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company*