UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

GEORGE SANTOS,

                    *Plaintiff,*

          -v-

JAMES C. KIMMEL a/k/a
JIMMY KIMMEL,
AMERICAN BROADCASTING
COMPANIES, INC., and
THE WALT DISNEY COMPANY,
                    *Defendants.*
-----------------------------------------------------X

Case No. 24-cv-01210 (DLC)

**APPEARANCE OF COUNSEL**

To:     The Clerk of the United States District Court for the Southern District of New York, and

        all parties of record.

        PLEASE TAKE NOTICE, that Joseph W. Murray, a duly admitted attorney licensed to

practice in the State of New York and authorized to practice in the United States District Court

for the Southern District of New York, appears in the above captioned matter as counsel for the

Plaintiff, GEORGE SANTOS.

Dated: Nassau County, New York
       April 17, 2024

                                        Joseph W. Murray SDNY Bar No. JM2393
                                        *Attorney for Plaintiff George Santos*
                                        185 Great Neck Road, Suite 461
                                        Great Neck, New York 11021
                                        Phone: (718) 514-3855
                                        Fax: (646) 514-4771
                                        Email: joe@jmurray-law.com

To: All parties of record via ECF