```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv1210(DLC)
GEORGE SANTOS,                           :
                    Plaintiff,           :    PRETRIAL
                                         :    SCHEDULING ORDER
          -v-                            :
                                         :
JAMES C KIMMEL, et al.,                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on April 18, 2024, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The following motion will be served by the dates indicated below.

   Any motion to dismiss:

   - Motion served by April 29, 2024
   - Amended complaint filed by May 24, 2024

   It is unlikely that plaintiff will have a further opportunity to amend. In the event no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by May 24, 2024. Defendants' reply, if any, shall be filed by June 7. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

   SO ORDERED:

Dated:    New York, New York
          April 18, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge