UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE SANTOS,<br><br>       Plaintiff,<br><br>   - against -<br><br>JAMES C. KIMMEL a/k/a JIMMY KIMMEL,<br>AMERICAN BROADCASTING COMPANIES,<br>INC., and THE WALT DISNEY COMPANY,<br><br>       Defendants. | Case No. 1:24-cv-01210-DLC |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the supporting declaration of Nathan Siegel dated April 29, 2024 and the exhibits annexed thereto, and all pleadings herein, Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company (collectively, "Defendants") hereby move before the Honorable Denise L. Cote, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint of Plaintiff George Santos ("Plaintiff") in its entirety and with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Pretrial Scheduling Order (ECF No. 13), Plaintiff's deadline to file any opposition to the motion is May 24, 2024, and Defendants' reply will be due June 7, 2024.

| | |
|---|---|
| Dated: April 29, 2024 | Respectfully submitted,<br><br>By: */s/ Nathan Siegel*<br><br>Nathan Siegel<br>Eric Feder<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East<br>Washington, DC 20005<br>(202) 973-4200<br>nathansiegel@dwt.com<br>ericfeder@dwt.com<br><br>Raphael Holoszyc-Pimentel<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>(212) 489-8230<br>rhp@dwt.com<br><br>*Attorneys for Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company* |