# EXHIBIT 6




**Taylor Swift & Travis Kelce Attend Patrick Mahomes' Charity Event In Las Vegas**


**Bikini Babes In Cowboy Hats ... Well Hay There Hollywood Hotties!**


**Aubrey O'Day Claims Diddy Wanted to Buy Silence in Return for Publishing Rights**


**Miranda Lambert Good Genes or Good Docs?!**


**Kristin Cavallari & BF Mark Estes' Loving Stare At Stagecoach**

George Santos Joins Cameo After Being Expelled From Congress

# GEORGE SANTOS
# CASHING IN ON CAMEO
## ...
# After Congress Expulsion

 126    *12/4/2023 12:22 PM PT*



Getty

**George Santos** says getting fired from a job is no big deal -- because it's all down to what you make of the experience ... something he's now telling his Cameo legion.

That's just one questionable piece of advice he's already dished out after joining the personalized video message platform ... less than a week after he was booted from Congress.



Cameo

The disgraced politician proudly introduces himself as the "Expelled member of Congress from New York City" and "Former congressional "Icon"! 🎉 " on the site ... where for $200, you can nab yourself a customized message from the man himself.

Santos has already been hard at work doling out responses to some requests ... leveraging his recent experiences to inspire and motivate one person in his new career.



SANTOS SPRINTS AWAY

12/1/23

CNN

This comes hot on the heels of the House's vote to **expel him** earlier this month -- a decision spurred by a controversial time in office, which includes multiple felony charges.

Back in May, **Santos was arrested** on a variety of felony charges, including lying, wire fraud, money laundering, theft of public funds, and making false statements to the House of Representatives.



**MERRY ELFIN' CHRISTMAS!!!**

TMZ.com

As for now, Santos appears to be earning easy money on Cameo -- but given his rap sheet of bad decisions, we're not sure how qualified Santos is with playin' Agony Aunt.



## RELATED ARTICLES


**George Santos Trips and Falls at Washington D.C. Hotel After Expulsion from Congress**


**Rep. George Santos in Shouting Match with Pro-Palestine Protester in Capitol**

GEORGE SANTOS | CRIME & ARRESTS | MONEY | FIRED | POLITIX

**ABOUT TMZ**

About TMZ.com
Privacy Policy
Terms of Use (Updated)
Ad Choices
Your Privacy Choices
Articles
Photos
Videos

**CONTACT TMZ**

Contact Us
Send a Hot Tip
Careers
Advertising Inquiries
Media Inquiries

**SUBSCRIBE**

Yes! Send me email updates and offers from TMZ and its Affiliates. By subscribing, I agree to the Privacy Policy and Terms of Use

Email Address

**FOLLOW**

THIRTY MILE ZONE

© 2024 EHM PRODUCTIONS, INC. ALL RIGHTS RESERVED.

Download on the App Store
GET IT ON Google Play

