# EXHIBIT 7

4/28/24, 4:45 PM George Santos on X: "I love this! I wish I knew the Bobby in question! LOL 😂" / X

Case 1:24-cv-01210-DLC   Document 16-7   Filed 04/29/24   Page 2 of 3




← Post

George Santos ✓
@MrSantosNY

I love this! I wish I knew the Bobby in question! LOL 😂

> John Fetterman ✓  @JohnFetterman · Dec 4, 2023
> I thought my ethically-challenged colleague @BobMenendezNJ could use some encouragement given his substantial legal problems.
>
> So, I approached a seasoned expert on the matter to give 'Bobby from Jersey' some advice.



4:51 PM · Dec 4, 2023 · **829.5K** Views

**238** Reposts   **57** Quotes   **3,907** Likes   **270** Bookmarks

💬           🔁           ♡           🔖 270           📤

---

**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the **Terms of Service** and **Privacy Policy**, including **Cookie Use.**

---

**Relevant people**

**George Santo** ✓              **Follow**
@MrSantosNY

Culture commentator at large| Former Congressman #NY03|Former Capital Markets bro| #LoveAnimals 🐾 #Trump2024 #Independent

**John Fetterma** ✓             **Follow**
@JohnFetterman

Dad, husband to @GiseleFetterman, and Senator for the Commonwealth of Pennsylvania. 🇺🇸

---

Something went wrong. Try reloading.

🔄 Retry

Terms of Service    Privacy Policy
Cookie Policy    Accessibility    Ads info
More ···    © 2024 X Corp.

---

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

4/28/24, 4:45 PM          George Santos on X: "I love this. I wish I knew the Boiboy in question. LOL" / X

Case 1:24-cv-01210-DLC   Document 16-7   Filed 04/29/24   Page 3 of 3




### New to X?

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the **Terms of Service** and **Privacy Policy**, including **Cookie Use.**

### Relevant people

**George Santo** 
@MrSantosNY                      Follow

Culture commentator at large| Former Congressman #NY03|Former Capital Markets bro| #LoveAnimals 🐾 #Trump2024 #Independent

**John Fetterma** 
@JohnFetterman                   Follow

Dad, husband to @GiseleFetterman, and Senator for the Commonwealth of Pennsylvania. 🇺🇸

Something went wrong. Try reloading.

 Retry

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More ···   © 2024 X Corp.

---

**Don't miss what's happening**
People on X are the first to know.

 Log in     Sign up