# EXHIBIT 8



- For You
- Following
- Friends
- Explore New
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

**Company**
About  Newsroom  Contact  Careers

**Program**
TikTok for Good  Advertise
TikTok LIVE Creator Networks
Developers  Transparency
TikTok Rewards  TikTok Embeds

**Terms & Policies**
Help  Safety  Terms  Privacy Policy
Privacy Center  Creator Academy
Community Guidelines

See more

© 2024 TikTok

Search  Upload  Log in

276.1K
3732
21.1K
35.8K

00:01 / 00:32  Speed

cameo ✓
Cameo · 2023-12-6        Follow

This was not on our 2023 bingo card #georgesantos #cameo
♪ original sound - Cameo
📍 New York

**3732 comments**

Log in to comment


**uncle__kaka**
George Santos is actually Nick Kroll doing the longest bit in history
2023-12-6   ♡ 62.9K   Reply

View 176 replies ⌄


**user1212667518406**
George santos a bag chaser and I respect it
2023-12-6   ♡ 27.4K   Reply

View 22 replies ⌄


**Angie**
The search bar being why is George Santos bad tells it's way too easy to win some of y'all over 😱 💀
2023-12-6   ♡ 6657   Reply

View 37 replies ⌄

**You may like**


theres no reason to not have started your content creator...
tannesias
4-13   ♡ 172.9K


#CapCut
orney_02
1d ago   ♡ 24


Cooper 'The House' Housely gets the night started early ...
powerslap
4-12   ♡ 5917


You have to try tho 😍 #fypシ #tiktokmademebuyit...
drspatula8
3-22   ♡ 8995


She so innocent 🙄 #juliesbeautybydesign #nail...
juliebeautybydesign
4-6   ♡ 42.7K


Cartoon in trashcan #artistsoftiktok #tutorial...
inthehandsoflando
4-5   ♡ 53K


#สปีดสโลว์ #สโลว์สมูท ไนซ์ แบบ
alinasaenko_002
1d ago   ♡ 5


can't catch a break ⚾ #baseball #fail
failarmy ✓
4-4   ♡ 374.2K


user5441271127828
22h ago   ♡ 12


simba didnt wanna do work either
ra3vann
4-9   ♡ 350.2K


Holi aayo holi 😊 🙍‍♀️ #aamaxori ❤ @♥nitu_♥ #preetijoshi05...
preetijoshi05
3-14   ♡ 21.5K


perfectpalette
3-30   ♡ 1465

#fhpyシviral 😊 ❤
call_her_favycandy

2023-12-6  ♡ 11.2K  Reply

View 42 replies ⌄

 Lauren 🖤
If chaos was a person, chaos would be George Santos
2023-12-6  ♡ 20.4K  Reply

View 7 replies ⌄

 Deanna Marie Katheri
He looks every second of 35 years what is he on about
2023-12-13  ♡ 62  Reply

View 3 replies ⌄

 user8832526577528
He's only 35???
2023-12-6  ♡ 2615  Reply

View 25 replies ⌄

 FutureSkeleton🍉
I wish George Santos had a TikTok.
2023-12-6  ♡ 9925  Reply

View 11 replies ⌄

 caitydidnt
So this is actually the first time I've seen George Santos
2023-12-6  ♡ 3649  Reply

View 11 replies ⌄

 🍉🔵
Hated him as a congressman but I love him on Cameo
2023-12-6  ♡ 7328  Reply

View 17 replies ⌄

 ray 👁️
"George Santos explained"
2023-12-6  ♡ 2076  Reply

View 2 replies ⌄

 Aleah 🖤
Ok whatever social media manager made this needs a raise IMMEDIATELY
2023-12-6  ♡ 3916  Reply

View 4 replies ⌄

 Matu
Don't look it??!!?! I thought he was 40 😭😭😭
2023-12-6  ♡ 176  Reply

View 1 reply ⌄

 Brocclihead
I thought he was 47 😰
2023-12-9  ♡ 67  Reply

 Lauren OK
This is truly the most chaotic timeline
2023-12-6  ♡ 1859  Reply

View 4 replies ⌄



|  | Upload |  |

2023-12-6     636     Reply

View 7 replies ⌄

For You

Following

Friends

Explore  New

LIVE

Profile

 NuyoricaninCali 🍉
I thought this was a Santos impersonator 😭 😭 😭 😭 😭 😭
2023-12-6     ♡ 1415     Reply

View 10 replies ⌄

Log in to follow creators, like videos, and view comments.

 mumblemumble
cameo roasting Santos using their platform 😝
2023-12-6     ♡ 3588     Reply

View 4 replies ⌄

 Duff
this timeline is simultaneously the worst and the funniest 😂
2023-12-6     ♡ 929     Reply

View 3 replies ⌄

 Create TikTok effects, get a reward

 ella
he sounds like nick kroll doing an impression
2023-12-11     ♡ 0     Reply

Company
About  Newsroom  Contact  Careers

Program
TikTok for Good  Advertise
TikTok LIVE Creator Networks
Developers  Transparency
TikTok Rewards  TikTok Embeds

Terms & Policies
Help  Safety  Terms  Privacy Policy
Privacy Center  Creator Academy
Community Guidelines

See more ⌄

© 2024 TikTok

https://www.tiktok.com/@cameo/video/7309503020906056991                                                    3/3