# EXHIBIT 9

**POWER** | DEC. 4, 2023

# Everyone Wants a George Santos Cameo for Christmas, Apparently

 By **Olivia Craighead,** a news writer for the Cut who covers pop culture and celebrity.



Video: Tom Williams/CQ-Roll Call, Inc via Getty Images

Christmas is only 13 days away; do you know what you're getting that one family member who's obsessed with Botox and lying? Might I recommend a personalized video from disgraced former congressman George Santos?

Following his expulsion from the U.S. House of Representatives, Santos has wasted no time at all getting back to doing what he loves: making money without working too hard. This time, he has joined Cameo, the website where you can buy videos from former sitcom stars and Bravo celebrities — and now, for the ungodly price of $500, from Santos.

The former congressman is raking in cash on the site and was reportedly overheard at a party last weekend saying he had taken 140 orders in one day at $599 a pop. That's $83,860, in case you were wondering. While Santos is being federally charged for being a liar, this claim does seem to hold water. The price has come down to $500 (a Christmas miracle), but Santos is still pumping out videos like there's no tomorrow.



It's worth reminding people that Santos is a Republican who has allied himself with people like Lauren Boebert and Marjorie Taylor Greene. He has bad politics and has been indicted on almost two dozen federal charges. That being said, I cannot stop watching his Cameos. I'm sorry!



@planejanesnewleaf

What #greenscreen #georgesantos #fyp #santos #georgesantosliar #ga ...See more

♪ original sound - Shakira Crístal

Credit: @georgiescameos



@jackbowers01

Sashay Away Georgina! #georgesantos

SCRIBE | STYLE | SELF | CULTURE | POWER

Credit: @jackbowers01



Credit: @georgiescameos

Funny, but also unnerving: These videos paint the picture of a man who is *not* fun to hang out with but is fun to see every two months and then gossip about with your real friends. It's completely unclear how much Santos is in on the joke. I guess it doesn't really matter, seeing as he's millennial pausing all the way to the bank.

Santos's undying need for attention does not stop at front-facing video content. He recently agreed to sit down for an interview with Ziwe. On Monday, the comedian famous for making

people reveal their own ignorance and stupidity shared a photo of herself and Santos on set. Whether or not he knows what he's getting himself into remains to be seen.



View more on Instagram

Maybe Ziwe will be generous and give Santos a cut of the profits, because even with the Cameo windfall, he's going to need all the cash he can get. The disgraced politician is set to stand trial for conspiracy, wire fraud, falsification of records, and a slew of other charges in September

2024. And in this economy? A good lawyer probably costs at least three George Santos Cameos per hour.

**RELATED**

› **What Was George Santos Buying at Sephora?**

TAGS:   POWER   POLITICS   GEORGE SANTOS   CONGRESS

💬 **SHOW 6 COMMENTS**



**MOST POPULAR**

1. Madame Clairevoyant: Horoscopes for the Week of April 28–May 4
2. Is Taylor Swift Really Still Beefing With Kim Kardashian?
3. In Defense of Annette Bening's Face

# CUT

STYLE | SELF | CULTURE | POWER

     

ABOUT THE CUT        ABOUT NEW YORK MAGAZINE

NEWSLETTERS        HELP

CONTACT        PRESS

MEDIA KIT        WE'RE HIRING

PRIVACY        TERMS

AD CHOICES        DO NOT SELL MY INFO

ACCESSIBILITY

THE CUT IS A VOX MEDIA NETWORK.
© 2024 VOX MEDIA, LLC. ALL RIGHTS RESERVED.