# EXHIBIT 10



For You

Following

Friends

Explore  New

LIVE

Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

**Company**
About   Newsroom   Contact   Careers

**Program**
TikTok for Good   Advertise
TikTok LIVE Creator Networks
Developers   Transparency
TikTok Rewards   TikTok Embeds

**Terms & Policies**
Help   Safety   Terms   Privacy Policy
Privacy Center   Creator Academy
Community Guidelines

See more

© 2024 TikTok

105
6
21
24

00:18 / 00:21   Speed

**planejanesnewleaf**
Shakira Crístal · 2023-12-6    Follow

What #greenscreen #georgesantos #fyp #santos #congressionalhearing #gay #dragqueen #dragqueen #jansportnyc #georgesantosisafraud #georgesantosliar #tiktok

less

♫ original sound - Shakira Crístal

**6 comments**

Log in to comment

**Sarah Meconio**
THIS WAS JIMMY KIMMEL!
2023-12-8    ♡ 2    Reply

**Emma Bobemma**
I wish I had the confidence and audacity of an expelled Santos.
2023-12-7    ♡ 3    Reply

**georgefowler57**
Send that credit card number you can trust him.
2023-12-7    ♡ 3    Reply

**rw**
lip filler game is so strong
2023-12-7    ♡ 2    Reply

**You may like**

S A W 💜 💔 @Itz_Faruq
alhajin4kano
1d ago    ♡ 31

Игра «Подбери цвет бутылок» челлендж. Хотел...
funera
2-27    ♡ 94.8K

핸드폰 그만하고 나랑 놀아주라 ~~ #미니비숑 #귀여운강아지 ...
my_harii
1-31    ♡ 33.1K

Blue Angels Formation Takeoff #aviation...
bayou_aviation
4-9    ♡ 146.3K

The Chocolate Factory, Edenvale #chocolate #factor...
larissa_in_sa
3-19    ♡ 15.4K

user7528854210652
1d ago    ♡ 17

hair_by_anikky1
1d ago    ♡ 12

তাবুক সিটি এর সৌন্দর্য #💔💯🥀🥺
ahmmed.monir.saud
1d ago    ♡ 94

berenicelabelle0
1d ago    ♡ 57

user5245335761957
1d ago    ♡ 22

#foryou #viralvideo #viraltiktok #foryourpage...
mianmuneeb272
4-14    ♡ 87

#CapCut
user5562615406973
1d ago    ♡ 25

mathiasmiamor
19h ago    ♡ 11

Case 1:24-cv-01210-DLC  Document 16-10  Filed 04/29/24  Page 3 of 3

TikTok

Upload

For You

Following

Friends

Explore  New

LIVE

Profile

Log in to follow creators, like videos, and view comments.

2023-12-7

View 1 reply

Reply



yanesanchez638
21h ago    ♥ 22

Create TikTok effects, get a reward

Company
About  Newsroom  Contact  Careers

Program
TikTok for Good  Advertise
TikTok LIVE Creator Networks
Developers  Transparency
TikTok Rewards  TikTok Embeds

Terms & Policies
Help  Safety  Terms  Privacy Policy
Privacy Center  Creator Academy
Community Guidelines

See more

© 2024 TikTok