# EXHIBIT 11

# Video to be lodged on DVD