# EXHIBIT 12

# Video to be lodged on DVD