# EXHIBIT 14

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0002449879 / 2024-01-16

Application Title: Santos 1.

Title:             Santos 1.

Description:       Electronic file (eService)

Copyright Claimant:
                   George Santos.

Date of Creation:  2023

Date of Publication:
                   2023-12-06

Nation of First Publication:
                   United States

Authorship on Application:
                   George Santos; Citizenship: United States. Authorship:
                      entire motion picture.

Rights and Permissions:
                   Joseph W Murray, The Law Office of Joseph W. Murray, 185
                      Great Neck Road, Ste 461, Great Neck, NY, 11021,
                      joe@jmurray-law.com

Copyright Note:    C.O. correspondence.

Names:             Santos, George

===============================================================================
```