# EXHIBIT 16

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0002451684 / 2024-01-25

Application Title: Santos 3.

Title:              Santos 3.

Description:        Electronic file (eService)

Copyright Claimant:
                    George Santos.

Date of Creation:   2023

Date of Publication:
                    2023-12-07

Nation of First Publication:
                    United States

Authorship on Application:
                    George Santos; Citizenship: United States. Authorship:
                       entire motion picture.

Rights and Permissions:
                    Joseph W Murray, The Law Office of Joseph W. Murray, 185
                       Great Neck Road, Ste 461, Great Neck, NY, 11021,
                       joe@jmurray-law.com

Copyright Note:     C.O. correspondence.

Names:              Santos, George

================================================================================
```