# EXHIBIT 17

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002451685 / 2024-01-25

Application Title: Santos 4.

Title:               Santos 4.

Description:         Electronic file (eService)

Copyright Claimant:
                     George Santos.

Date of Creation:    2023

Date of Publication:
                     2023-12-07

Nation of First Publication:
                     United States

Authorship on Application:
                     George Santos; Citizenship: United States. Authorship:
                        entire motion picture.

Rights and Permissions:
                     Joseph W Murray, The Law Office of Joseph W. Murray, 185
                        Great Neck Road, Ste 461, Great Neck, NY, 11021,
                        joe@jmurray-law.com

Copyright Note:      C.O. correspondence.

Names:               Santos, George

===============================================================================
```