# EXHIBIT 18

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002451683 / 2024-01-25

Application Title: Santos 5.

Title:               Santos 5.

Description:         Electronic file (eService)

Copyright Claimant:
                     George Santos.

Date of Creation:    2023

Date of Publication:
                     2023-12-06

Nation of First Publication:
                     United States

Authorship on Application:
                     George Santos; Citizenship: United States. Authorship:
                        entire motion picture.

Rights and Permissions:
                     Joseph W Murray, The Law Office of Joseph W. Murray, 185
                        Great Neck Road, Ste 461, Great Neck, NY, 11021,
                        joe@jmurray-law.com

Copyright Note:      C.O. correspondence.

Names:               Santos, George
```
==============================================================================