

**Davis Wright Tremaine LLP**

Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317

**Nathan Siegel**
(202) 973-4237 tel
(202) 973-4437 fax

nathansiegel@dwt.com

April 29, 2024

<u>**VIA ECF**</u>

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *George Santos v. James C. Kimmel et al.*, No. 1:24-cv-01210-DLC

Dear Judge Cote:

  We represent Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company (collectively, "Defendants") in the above-referenced matter.

  Today, Defendants filed their motion to dismiss Plaintiff's Complaint.  Pursuant to Your Honor's Individual Practices § 4.K, we write to seek leave to lodge with the Clerk of Court a DVD containing the relevant portion of the two broadcasts of *Jimmy Kimmel Live!* that are at issue in this case, which are marked as Exhibit 11 and Exhibit 12 to the Declaration of Nathan Siegel in Support of Defendants' Motion to Dismiss.  As noted in the Siegel Declaration and Defendants' memorandum of law, these videos are also available online via YouTube links.

  We have conferred with counsel for Plaintiff, and Plaintiff does not object to this request.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            Davis Wright Tremaine LLP

            */s/ Nathan Siegel*

            Nathan Siegel