```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
GEORGE SANTOS,                             :
                                           :
                           Plaintiff,      :     24cv1210 (DLC)
                                           :
              -v-                          :          ORDER
                                           :
JAMES C. KIMMEL et al.,                    :
                                           :
                           Defendants.     :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On April 29, 2024, the defendant requested leave to file certain videos in conjunction with its motion to dismiss.  Since documents that are unrenderable in .pdf format may not be uploaded to ECF, the plaintiff requested leave to file these videos by delivering a DVD containing the videos to the Court.  It is hereby

ORDERED that the plaintiff's request for leave to file videos via DVD is granted.  The plaintiff shall deliver one DVD containing the videos to this Chambers and shall deliver a second DVD containing the videos to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court is directed to accept the plaintiff's submission for filing and shall retain

the DVD in the case file.

Dated:    New York, New York
          April 30, 2024

                                                                                     _____
                                                                                           DENISE COTE
                                                            United States District Judge