UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE SANTOS,<br><br>                         Plaintiff,<br><br>             - against -<br><br>JAMES C. KIMMEL a/k/a JIMMY KIMMEL, AMERICAN BROADCASTING COMPANIES, INC., and THE WALT DISNEY COMPANY,<br><br>                         Defendants. | Case No. 1:24-cv-01210-DLC<br><br>**CERTIFICATE OF SERVICE** |

      Pursuant to the Court's Order (ECF No. 18), on May 1, 2024, I caused to be filed and served a DVD containing Exhibit 11 and Exhibit 12 to the Declaration of Nathan Siegel in Support of Defendants' Motion to Dismiss, together with a true and correct copy of the Court's Order. Such filing and service was effectuated via hand delivery to Chambers and the Clerk of Court, and via FedEx to counsel of record at Mancilla & Fantone, LLP, 260 Madison Avenue, 22nd Floor, New York, NY 10016 and Joseph William Murray, 185 Great Neck Road, Suite 461, Great Neck, NY 11021.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on May 2, 2024.

                                              */s/ Raphael Holoszyc-Pimentel*
                                              Raphael Holoszyc-Pimentel
                                              DAVIS WRIGHT TREMAINE LLP
                                              1251 Avenue of the Americas, 21st Floor
                                              New York, NY 10020
                                              (212) 489-8230
                                              rhp@dwt.com

                                              *Attorneys for Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company*