UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE SANTOS,

           Plaintiff,

   - against -

JAMES C. KIMMEL a/k/a JIMMY KIMMEL,
AMERICAN BROADCASTING COMPANIES,
INC., and THE WALT DISNEY COMPANY,

           Defendants.

Case No. 1:24-cv-01210-DLC

---

**NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the supporting declaration of Nathan Siegel dated June 7, 2024 and the exhibits annexed thereto, and all pleadings herein, Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company (collectively, "Defendants") hereby move before the Honorable Denise L. Cote, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Amended Complaint (ECF No. 20) of Plaintiff George Santos ("Plaintiff") in its entirety and with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), Plaintiff's deadline to file any opposition to the motion is June 21, 2024.

Dated: June 7, 2024                                  Respectfully submitted,


                                                     By: */s/ Nathan Siegel*

                                                     Nathan Siegel
                                                     Eric Feder
                                                     DAVIS WRIGHT TREMAINE LLP
                                                     1301 K Street NW, Suite 500 East
                                                     Washington, DC 20005
                                                     (202) 973-4200
                                                     nathansiegel@dwt.com
                                                     ericfeder@dwt.com

                                                     Raphael Holoszyc-Pimentel
                                                     DAVIS WRIGHT TREMAINE LLP
                                                     1251 Avenue of the Americas, 21st Floor
                                                     New York, NY 10020
                                                     (212) 489-8230
                                                     rhp@dwt.com

                                                     *Attorneys for Defendants James C. Kimmel a/k/a
                                                     Jimmy Kimmel, American Broadcasting Companies,
                                                     Inc., and The Walt Disney Company*