# EXHIBIT 2

# Community Guidelines

## Last Updated February 2, 2023

**Cameo's mission is to create the most personalized and authentic fan connections on Earth. Our vision is that one day, every single talent will have a personal relationship with every one of their fans.**

With connection and relationships at the core of what we do, we want Cameo to be welcoming, fun, and memorable for everyone involved. For this reason, we have developed these Community Guidelines to help protect Cameo, the fans, businesses, and others who visit or use our website, mobile application, and services, including talent. These Guidelines are part of our Acceptable Use Policy and our Terms of Service, and any terms defined by the Terms of Service (such as capitalized words like "User," "Site," etc.) have the same meaning here. These Guidelines apply to everyone, and clarify what is and is not allowed on Cameo. By using Cameo, you agree to our Terms of Service, including these Guidelines.

In the spirit of keeping Cameo a safe and welcoming place for all, we ask that you help us uphold these Guidelines by letting us know if they are being violated. If you see something that could be a violation, please let us know by contacting us using online or in-app tools or emailing us directly at safety@cameo.com.

We are proud of the diversity of talent, perspectives, backgrounds, and beliefs represented across Cameo; and so long as our Users abide by these Guidelines, we want to welcome all to join the Fameo.

**Cameo's mission is to create the most personalized and authentic fan connections on Earth. Our vision is that one day, every single talent will have a personal relationship with every one of their fans.**

# A. Our Rules

All Users are required to abide by these Community Guidelines, including by acknowledging that certain conduct is prohibited, and certain content may be restricted or removed from Cameo's Site.

1. **Identity, Age Requirements**
   In short, you are who you say you are. Please be yourself -- and if you're a Cameo customer, "yourself" must be at least 13 years old (except for certain talent, who must through a parent or legal guardian pursuant to our Talent Terms of Service). If you are under 18 years old, you must have the consent of your parent or legal guardian. Don't provide a false identity or submit any incorrect or misleading information about yourself when you sign up for a Cameo account. Use your real name and your own photographs. Do not make deep fake accounts-- in addition to violating our Terms of Service, they are creepy.

   No burners. If you're mid-suspension or have been banned from Cameo, don't try to circumvent our enforcement processes by making another account. We also ask that you not create multiple accounts, unless you have a legitimate reason for doing so (for example, if you have a business account and want to create a personal one).

   No transfers. Your Cameo account may not be transferred or sold. This includes a Talent User using a talent account for another character or persona. If you have questions about your talent account, please contact talenthelp@cameo.com.

2. **Use of Cameo's Site and Products**
   We ask that you use Cameo's Site and products only for their intended use. Don't do things that are deceptive or misleading to others. This includes making requests that you know (or should know) would embarrass talent, compromise their integrity, or otherwise tricking, deceiving, or misleading them.

   Don't use Cameo to solicit or provide financial advice. Don't book or record videos that reference, support, or critique specific stocks, NFTs, tokens, cryptocurrencies, or other investments.

   No fee avoidance. Fee avoidance -- taking any action to avoid paying a fee -- is strictly prohibited by Cameo. This includes, for example, encouraging a fan to purchase a Cameo Video, Cameo Call, or other Cameo Offering off Cameo or through another platform. A transaction initiated on Cameo may not be completed off Cameo.

   Talent Users should not artificially inflate their presence or reputation on Cameo (by posting false reviews or engaging in shilling) or interfere with a Talent User's business.

   Don't misuse the Site by sending unauthorized advertising or commercial messages (including spam) or any other unsolicited communication. It's annoying.

Lastly, please don't use Cameo to spread lies, including misinformation.

3. **No Illegality (including Fraud)**
It's important to understand that our rules aren't the only ones that matter; many of our Guidelines are based on laws. Accordingly, you may not promote, encourage, or engage in any illegal conduct on, using, or directed at, Cameo. Do not submit requests or create content that violates any law, regulation, court order, or other legal process, including attempts at phishing, money laundering, theft, and fraud. We also prohibit the depiction, promotion, or trade of illegal drugs or other controlled substances on or through the Site. In reviewing potentially illegal conduct, Cameo may (in its sole discretion) take into account additional context and the severity of the conduct in question.

4. **No Hate or Disparaging Speech**
We created Cameo to provide entertainment, joy, and memorable experiences through connection. We are proud to celebrate the diversity of the celebrities and fans on the Cameo platform. Please do not use hateful or disparaging speech on Cameo. We do not permit language or content that attacks, demeans, dehumanizes, discriminates, or threatens violence on the basis of any legally protected characteristic, such as race, sex, ethnicity, national origin, religion, sexual orientation, gender identity, age, disability, or veteran status. We also prohibit content that promotes organizations or people who promote or do those things. This includes the use of slurs and derogatory terms that are intended to disparage any of the protected characteristics listed above.

5. **No Violence or Inciting Violence**
Inciting, encouraging, promoting or threatening violence, damage, or harm is prohibited on Cameo, as is content depicting graphic or gratuitous violence, including animal cruelty. Please don't threaten to harm a person, a group of people, animals, or property. We love our Cameo Fameo, and that includes you --so don't depict, promote or glorify violence or self-harm.

Do not distribute, post, send, or solicit content on the Site that glorifies, advocates, or promotes terrorism or violence, including in the pursuit of political, religious, ethnic, or ideological objectives.

6. **No Nudity, Sexually Explicit Content, or Sexualization of Minors**
Cameo is not the place to send or solicit pornographic, indecent, obscene, objectionable or sexually explicit content. Nudity on Cameo is prohibited, including genitalia, fully-nude buttocks, and female nipples, except in the case of breastfeeding or health-related situations (such as post-mastectomy or breast cancer awareness). Sexual stimulation or masturbation, with or without nudity, is also prohibited. The prohibition on nudity and sexual content applies to real, mimicked or implied activity, and includes digitally-created or manipulated content.

Sexualizing minors is strictly prohibited. Do not distribute, post, send, or solicit any sexually explicit content of minors, or any content that displays or promotes the physical abuse, neglect, endangerment, or psychological disparagement or harm of children. We WILL report to law enforcement any sexually explicit content involving minors.

7. **No Cruelty, Harassment, Bullying, or Doxxing**
Play nice and don't be cruel. We know this is a mouthful, but it's important: don't distribute, post, send, or solicit content that is, incites, or encourages, any action that is, explicitly or implicitly: illegal, abusive, harassing, threatening, hateful, racist, derogatory, harmful to any reputation, or otherwise objectionable. Also, don't dox anyone. Use your best internetiquette.

Many of the Talent Users on Cameo are public figures, but they have feelings, too. Don't distribute, post, send, or solicit content that wishes death, disability, or other harm on them or anyone else. Content that insults someone because of their personal attributes (like appearance, personality traits, or intellect) is wrong and against the rules. Can't believe we have to say this, but don't ridicule or taunt victims of tragic or violent events.

Lastly, do not harass Cameo employees. We have no tolerance for that.

8. **Do Not Violate Intellectual Property or Other Rights**
Put simply: don't use what doesn't belong to you. When you submit content to Cameo, you are saying that you own that content or have the right to submit it (and we can use it). By using Cameo, you agree not to violate, infringe, or misappropriate the intellectual property, privacy, publicity, moral rights, or other legal rights of anyone else when you use the Site. Our copyright policy is described in more detail in our <u>Terms of Service</u>.
Nobody likes a copycat. Do not access Cameo to obtain information in order to build a similar or competitive service, and do not attempt to decipher, decompile, disassemble, or reverse engineer any of the software or other underlying computer code used by us to provide our service. Do not scrape or crawl any part of our Site, or engage in spidering or harvesting.

9. **Do Not Violate Privacy Rights**
Mind your own business. We prohibit content that violates the confidentiality of personal data or personally identifiable information (e.g., contact or social security information) of others. See our <u>Privacy Policy</u> for more information on how we collect, use, and share personal information. We will remove content brought to our attention that depicts or contains personal data or personally-identifiable information of other users or third parties. Again, don't dox anyone.

10. **Do not try to undermine the security and reliability of our Site**
Sitewide and personal security are extremely important to us. Do not undermine the security and reliability of our Site. Any hacking attempts, efforts to bypass our measures to restrict user access, or the use of automated scripts to collect information from the Site or our users is prohibited.

Similarly, do not distribute files or content that contain viruses, Trojan horses, worms, logic bombs, or other materials that are malicious. Do not attempt to circumvent any technological measure, whether implemented by us, any of our providers, or any other person, intended or designed to protect Cameo, our users, or anyone else.

In the spirit of keeping Cameo a safe and welcoming place for all, we ask that you help us uphold these Guidelines by letting us know if they are being violated. If you see something that could be a violation, please let us know by contacting us using online or in-app tools or emailing us directly at safety@cameo.com.

We are proud of the diversity of talent, perspectives, backgrounds, and beliefs represented across Cameo; and so long as our Users abide by these Guidelines, we want to welcome all to join the Fameo.

↑ **RETURN TO TOP**

# B. Enforcement

Keep in mind that you are responsible for your account and any content you submit. Use of any Cameo Offering is not allowed for any purpose other than the specific limited purposes described in our Terms of Service.

If we learn of content or activity on the Site that violates the Terms of Service, including these Community Guidelines, we will enforce them as we see fit, at our sole discretion. In addition, we may determine it is necessary to temporarily suspend your Cameo account while we are reviewing a possible violation and evaluating appropriate enforcement.

Depending on the severity of the violation, Cameo may enforce these Community Guidelines by:

1. issuing a warning;

2. removing Cameo Videos or other content from our Site;

3. temporarily suspending account access for a specified period of time;

4. permanently suspending account access;

5. contacting law enforcement; or

6. other action in Cameo's sole discretion.

We will consider multiple factors when deciding how to enforce these Guidelines, including the content itself, the severity of the conduct, and the number of violations by the same User ("strikes"). In general, we do not monitor Users' off-platform behavior. However, we may take it into account under some circumstances. For example, we may consider off-platform behavior that provides context or involves behavior on Cameo, or references Cameo while engaging in behavior that would otherwise violate these Guidelines. We will also consider it when the off-platform behavior is extreme, including membership in hate groups or terrorist organizations, sexual assault, child abuse, or other severe behavior.

In limited circumstances, we may, in our sole discretion, allow exceptions to our content removal policies when we determine the material serves the public interest, such as content that is clearly satirical, scientific, or educational in nature.

In the spirit of keeping Cameo safe and welcoming for all, you agree to cooperate with investigations conducted by Cameo and promptly provide any information requested by Cameo.

Please note that if your Cameo account is permanently suspended, we will refund any of your funds that we hold, but will not refund those held by third parties (for example, fees paid to Apple in connection with an in-app purchase are not held by Cameo and will not be refunded) within a reasonable period of time.

↑ **RETURN TO TOP**

# C. Appeal Process

1. **Appeal**
   If you believe that our enforcement decision against you was incorrect, you may request an appeal in writing to safety@cameo.com. You must use the email address associated with the Cameo account connected to our enforcement decision and include detailed reasons why you believe the decision was incorrect. As with all other enforcement decisions, the granting of an appeal is at Cameo's sole discretion, and these decisions are final and binding.

2. **Reinstatement After Suspension**
   If we suspend your Cameo account for a violation of the Terms of Service, inducing these Community Guidelines, you may request reinstatement after the suspension ends. Any request for reinstatement must be in writing and sent to safety@cameo.com from the email address associated with the suspended Cameo account. The request for reinstatement must include: (a) a detailed description of why you would like to rejoin Cameo; (b) confirmation that you have read and will abide by Cameo's Terms of Service, including these Community Guidelines; and (c) any other confirmations, acknowledgements or agreements that we request. A request for reinstatement in accordance with the above does not guarantee reinstatement, as decisions are subject to Cameo's sole discretion.

**As Cameo evolves with new features and products, we may update these Community Guidelines from time to time to take into account how our Site allows our Users to behave and interact, and any new risks or issues that may come into play as a result. Please check back often for the most updated version of these Community Guidelines.**

**↑ RETURN TO TOP**