# EXHIBIT 3

LOCAL NEWS

# Former Rep. George Santos says he makes more money from Cameo than he did in Congress

By Marcia Kramer
Updated on: December 10, 2023 / 2:38 PM EST / CBS New York



**NEW YORK** -- Former Rep. George Santos may have lost his $174,000 of federal income, but he's still raking in dough by making personalized videos on Cameo for $500 each.

In an exclusive interview with CBS New York, Santos said it's going far better than he expected.

"How much money have you made and are you going to surpass the amount of money you could've made in Congress in a whole year?" he was asked.

"I can tell you that by the end of this week, that is actually factual. I will have made more money in seven days than I would've made in an entire year in Congress," said Santos.

Santos was expelled from Congress on Dec. 1 after a House Ethics Committee report found "substantial evidence" he repeatedly broke the law.

Watch: Santos responds to call to strengthen candidate disclosure laws



A special election to replace Santos in New York's 3rd congressional district will be held on February 13, 2024.

Click here to see the full interview, including more surprising details and admissions from Santos about his time in Congress, on "The Point with Marcia Kramer."

## More from CBS News

**Effort to save millions of birds from dying in window collisions** 

**Columbia University protest faces deadline to clear encampment** 

**Curfew for kids will be enforced in Newark, N.J. Here's when.** 

**Earthquake in New Jersey likely not felt by many, USGS says** 

---

In:    Queens    Nassau County    George Santos

## Marcia Kramer

Marcia Kramer joined CBS2 in 1990 as an investigative and political reporter. Prior to CBS2, she was the City Hall bureau chief at the New York Daily News.

 Twitter     Facebook

First published on December 8, 2023 / 6:13 PM EST

© 2023 CBS Broadcasting Inc. All Rights Reserved.

---

### CBS NEWS AND STATIONS

©2024 CBS Broadcasting Inc. All Rights Reserved.

| | |
|---|---|
| Terms of Use | About Us |
| Privacy Policy | Advertise |
| California Notice | CBS Television Jobs |
| Do Not Sell My Personal Information | Public File for WCBS-TV / CBS2 |
| CBS 2 | Public File for WLNY-TV / 10/55 |
| WLNY TV 10/55 | Public Inspection File Help |
| Contact Us | FCC Applications |
| Contests & Promotions | CBS 2 EEO Report |
| Program Guide | WLNY TV 10/55 EEO Report |
| Sitemap | |