# EXHIBIT 4

LEVIN REPORT

# George Santos Is Making a Ridiculous Amount of Money on Cameo

He's on track to top his annual congressional salary.



BY BESS LEVIN

DECEMBER 6, 2023



ANADOLU/GETTY IMAGES



SAVE

---

*All featured products are independently selected by our editors. However, when you buy something through our retail links, Vanity Fair may earn an affiliate commission.*

**G**eorge Santos does not have a lot going for him at the moment, mostly on account of (1) losing his job in Congress last week and (2) the nearly two dozen felonies he was charged with (and pleaded not guilty to) early this year, which he is scheduled to stand trial for next September. He does have one bright spot in his life, though, and that's the fact that he's apparently making an absolutely absurd amount of money on Cameo, the platform of choice for reality TV stars, mid-tier actors, disgraced politicians, and **Rudy Giuliani.**

Yes, Semafor reports that Santos is churning out so many videos for paying customers that he had to buy a stand to prop up his phone because "his hand is getting tired." As of Monday, the former congressman was charging $200 a pop, but he has since doubled his rate to $400. As of Tuesday, he'd shot 150 videos and told Semafor he planned to "crush another 60–70 tonight." According to the outlet, screenshots show —and the CEO of Cameo confirmed—that Santos will make more money in his first few days on Cameo than his annual congressional salary of $174,000.

## Hive

Where Wall Street, Washington, and Silicon Valley meet.

Enter your e-mail

Your e-mail address

**SIGN UP**

By signing up you agree to our User Agreement and Privacy Policy & Cookie Statement. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Cameo cofounder **Steven Galanis** told Semafor that Santos "is going to be an absolute whale," and claimed the ex-representative is "putting numbers up" on par with **Sarah Jessica Parker** (who's previously used it to raise money for the New York City Ballet) and **Bon Jovi** (who no longer has an account on the site, though a Bon Jovi impersonator does.)

In one video Santos recorded, he tells "Bobby from New Jersey," who turned out to be indicted senator **Bob Menendez,** to "stay strong," a request that came from Senator **John Fetterman:**

X content

This content can also be viewed on the site it  originates  from.

In another, he covers a **Taylor Swift** favorite:

**X content**

This content can also be viewed on the site it  originates  from.

In another, he offered his thoughts on Botox and fillers:

**X content**

This content can also be viewed on the site it  originates  from.

Anyway, nice work if you can get it!

# More Great Stories From *Vanity Fair*

- Anne Hathaway on Tuning Out the Haters and Embracing Her True Self

- Scenes From the Knives-Out Feud Between Barbara Walters and Diane Sawyer

- Eddie Redmayne, Liza Minnelli, and the Untold History of Cabaret

- Deprived of His 12 Daily Diet Cokes, Trump Falls Asleep (Again) at Trial

- While Melania Thinks the Hush Money Trial Is a "Disgrace": Report

- The 25 Best True-Crime Documentaries to Binge Right Now

- From the Archive: The Devil in Bette Davis

- Stay in the know and subscribe to *Vanity Fair* for just ~~$2.50~~ $1 per month.

---



# Bess Levin
POLITICS CORRESPONDENT

Bess Levin is a politics correspondent at *Vanity Fair*. An essential voice of our current tragicomedy, she is an incisive, hilarious daily narrator of the horrors that never seem to stop. If you need catharsis in these terrifying times—or even if you don't!—she is a must-read. You can follow her… Read more

**SEE MORE BY BESS LEVIN »**

---

# READ MORE