# EXHIBIT 7

4/28/24, 4:45 PM
George Santos on X: "I love this! I wish I knew the Bobby in question! LOL 😂" / X
Case 1:24-cv-01210-DLC   Document 23-7   Filed 06/07/24   Page 2 of 3

# Post

**George Santos** ✓
@MrSantosNY

I love this! I wish I knew the Bobby in question! LOL 😂

> **John Fetterman** ✓ @JohnFetterman · Dec 4, 2023
>
> I thought my ethically-challenged colleague @BobMenendezNJ could use some encouragement given his substantial legal problems.
>
> So, I approached a seasoned expert on the matter to give 'Bobby from Jersey' some advice.
>
> 

4:51 PM · Dec 4, 2023 · **829.5K** Views

**238** Reposts   **57** Quotes   **3,907** Likes   **270** Bookmarks

270

---

**New to X?**

Sign up now to get your own personalized timeline!

- Sign up with Google
- Sign up with Apple
- Create account

By signing up, you agree to the **Terms of Service** and **Privacy Policy**, including **Cookie Use.**

**Relevant people**

**George Santo** ✓
@MrSantosNY — Follow

Culture commentator at large| Former Congressman #NY03|Former Capital Markets bro| #LoveAnimals 🐾 #Trump2024 #Independent

**John Fetterma** ✓
@JohnFetterman — Follow

Dad, husband to @GiseleFetterman, and Senator for the Commonwealth of Pennsylvania. 🇺🇸

Something went wrong. Try reloading.

Retry

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info
More···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

4/28/24, 4:45 PM                    George Santos on X: "I love this. I wish I knew the Bobby in question. LOL" / X

Case 1:24-cv-01210-DLC   Document 23-7   Filed 06/07/24   Page 3 of 3




New to X?

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people


**George Santos** 
@MrSantosNY
Follow

Culture commentator at large| Former Congressman #NY03|Former Capital Markets bro| #LoveAnimals 🐾 #Trump2024 #Independent


**John Fetterman** 
@JohnFetterman
Follow

Dad, husband to @GiseleFetterman, and Senator for the Commonwealth of Pennsylvania. 🇺🇸

Something went wrong. Try reloading.

 Retry

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More ···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

 Log in     Sign up