# EXHIBIT 8



Search | Upload | Log in

- For You
- Following
- Friends
- Explore (New)
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

**Company**
About  Newsroom  Contact  Careers

**Program**
TikTok for Good  Advertise
TikTok LIVE Creator Networks
Developers  Transparency
TikTok Rewards  TikTok Embeds

**Terms & Policies**
Help  Safety  Terms  Privacy Policy
Privacy Center  Creator Academy
Community Guidelines

See more

© 2024 TikTok

00:01 / 00:32   Speed

276.1K
3732
21.1K
35.8K

**cameo** ✓
Cameo · 2023-12-6   [Follow]

This was not on our 2023 bingo card #georgesantos #cameo
♫ original sound - Cameo
📍 New York

**3732 comments**

Log in to comment

**uncle__kaka**
George Santos is actually Nick Kroll doing the longest bit in history
2023-12-6   ♡ 62.9K   Reply

View 176 replies ⌄

**user1212667518406**
George santos a bag chaser and I respect it
2023-12-6   ♡ 27.4K   Reply

View 22 replies ⌄

**Angie**
The search bar being why is George Santos bad tells it's way too easy to win some of y'all over 😨 💀
2023-12-6   ♡ 6657   Reply

View 37 replies ⌄

**You may like**

theres no reason to not have started your content creator...
tannesias
4-13   ♡ 172.9K

#CapCut
orney_02
1d ago   ♡ 24

Cooper 'The House' Housely gets the night started early ...
powerslap
4-12   ♡ 5917

You have to try tho 😍 #fypシ #tiktokmademebuyit...
drspatula8
3-22   ♡ 8995

She so innocent 🙄 #juliesbeautybydesign #nail...
juliebeautybydesign
4-6   ♡ 42.7K

Cartoon in trashcan #artistsoftiktok #tutorial...
inthehandsoflando
4-5   ♡ 53K

#สปีดโล่ #สปีดสมุท ไนซ์ สปีดโล่
alinasaenko_002
1d ago   ♡ 5

can't catch a break ⚾ #baseball #fail
failarmy ✓
4-4   ♡ 374.2K

user5441271127828
22h ago   ♡ 12

simba didnt wanna do work either
ra3vann
4-9   ♡ 350.2K

Holi aayo holi 😂 🙇‍♀️ #aamaxori ❤ @♥nitu_♥ #preetijoshi05...
preetijoshi05
3-14   ♡ 21.5K

perfectpalette
3-30   ♡ 1465

#fhpyシviral 😌 ❤
call_her_favycandy

This was not on but 2023 bingo card #georgesantos #cameo #tiktok

2023-12-6 ♡ 11.2K   Reply

View 42 replies ⌄

 Lauren 🖤
If chaos was a person, chaos would be George Santos
2023-12-6 ♡ 20.4K   Reply

View 7 replies ⌄

 Deanna Marie Katheri
He looks every second of 35 years what is he on about
2023-12-13 ♡ 62   Reply

View 3 replies ⌄

 user8832526577528
He's only 35???
2023-12-6 ♡ 2615   Reply

View 25 replies ⌄

 FutureSkeleton🍉
I wish George Santos had a TikTok.
2023-12-6 ♡ 9925   Reply

View 11 replies ⌄

 caitydidnt
So this is actually the first time I've seen George Santos
2023-12-6 ♡ 3649   Reply

View 11 replies ⌄

 🍉🔵
Hated him as a congressman but I love him on Cameo
2023-12-6 ♡ 7328   Reply

View 17 replies ⌄

 ray 👀
"George Santos explained"
2023-12-6 ♡ 2076   Reply

View 2 replies ⌄

 Aleah 🖤
Ok whatever social media manager made this needs a raise IMMEDIATELY
2023-12-6 ♡ 3916   Reply

View 4 replies ⌄

 Matu
Don't look it??!!?! I thought he was 40 😭😭😭
2023-12-6 ♡ 176   Reply

View 1 reply ⌄

 Brocclihead
I thought he was 47 😭
2023-12-9 ♡ 67   Reply

Lauren OK
This is truly the most chaotic timeline
2023-12-6 ♡ 1859   Reply

View 4 replies ⌄

Messy fringe on 10 y/o Don't mind the fogginess I don't...
nguyensteadycutting
4-2  ♡ 832.4K

2/3



4/28/24, 4:54 PM                           This was not on our 2023 bingo card #georgesantos #cameo | TikTok

# TikTok

- For You
- Following
- Friends
- Explore  *New*
- LIVE
- Profile

2023-12-6    ♡ 888    Reply

View 7 replies ⌄

**NuyoricaninCali** 🍉
I thought this was a Santos impersonator 😭 😭 😭 😭 😭 😭

2023-12-6    ♡ 1415    Reply

View 10 replies ⌄

**mumblemumble**
cameo roasting Santos using their platform 😅

2023-12-6    ♡ 3588    Reply

View 4 replies ⌄

**Duff**
this timeline is simultaneously the worst and the funniest 😂

2023-12-6    ♡ 929    Reply

View 3 replies ⌄

**ella**
he sounds like nick kroll doing an impression

2023-12-11    ♡ 0    Reply



Log in to follow creators, like videos, and view comments.


Create TikTok effects, get a reward

**Company**
About  Newsroom  Contact  Careers

**Program**
TikTok for Good  Advertise
TikTok LIVE Creator Networks
Developers  Transparency
TikTok Rewards  TikTok Embeds

**Terms & Policies**
Help  Safety  Terms  Privacy Policy
Privacy Center  Creator Academy
Community Guidelines

See more ⌄

© 2024 TikTok

https://www.tiktok.com/@cameo/video/7309503020906056991                                                                                                                                3/3