# EXHIBIT 10

Search | Upload | Log in

- For You
- Following
- Friends
- Explore New
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

**Company**
About Newsroom Contact Careers

**Program**
TikTok for Good Advertise
TikTok LIVE Creator Networks
Developers Transparency
TikTok Rewards TikTok Embeds

**Terms & Policies**
Help Safety Terms Privacy Policy
Privacy Center Creator Academy
Community Guidelines
See more

© 2024 TikTok

**planejanesnewleaf** Follow
Shakira Crístal · 2023-12-6

What #greenscreen #georgesantos #fyp #santos #congressionalhearing #gay #dragqueen #dragqueen #jansportnyc #georgesantosisafraud #georgesantosliar #tiktok

less

♫ original sound - Shakira Crístal

## 6 comments

Log in to comment

**Sarah Meconio**
THIS WAS JIMMY KIMMEL!
2023-12-8 ♡ 2 Reply

**Emma Bobemma**
I wish I had the confidence and audacity of an expelled Santos.
2023-12-7 ♡ 3 Reply

**georgefowler57**
Send that credit card number you can trust him.
2023-12-7 ♡ 3 Reply

**rw**
lip filler game is so strong
2023-12-7 ♡ 2 Reply

## You may like

S A W 💜 💔 @Itz Faruq
alhajin4kano
1d ago ♡ 31

Игра «Подбери цвет бутылок» челлендж. Хотел...
funera
2-27 ♡ 94.8K

핸드폰 그만하고 나랑 노라주라 ~~ #미니비숑 #귀여운강아지 ...
my_harii
1-31 ♡ 33.1K

Blue Angels Formation Takeoff #aviation...
bayou_aviation
4-9 ♡ 146.3K

The Chocolate Factory, Edenvale #chocolate #factor...
larissa_in_sa
3-19 ♡ 15.4K

user7528854210652
1d ago ♡ 17

hair_by_anikky1
1d ago ♡ 12

তাবুক সিটি এর সৌন্দর্য # 💔 💯 🥀 🥺
ahmmed.monir.saud
1d ago ♡ 94

berenicelabelle0
1d ago ♡ 57

user5245335761957
1d ago ♡ 22

#foryou #viralvideo #viraltiktok #foryourpage...
mianmuneeb272
4-14 ♡ 87

#CapCut
user5562615406973
1d ago ♡ 25

mathiasmiamor
19h ago ♡ 11



For You
Following
Friends
Explore  New
LIVE
Profile

Log in to follow creators, like videos, and view comments.


Create TikTok effects, get a reward

Company
About  Newsroom  Contact  Careers

Program
TikTok for Good  Advertise
TikTok LIVE Creator Networks
Developers  Transparency
TikTok Rewards  TikTok Embeds

Terms & Policies
Help  Safety  Terms  Privacy Policy
Privacy Center  Creator Academy
Community Guidelines

See more

© 2024 TikTok

2023-12-7    0    Reply

View 1 reply

yanesanchez638
21h ago    22

Upload