# EXHIBIT 11
# Video filed on DVD