# EXHIBIT 12
# Video filed on DVD