```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GEORGE SANTOS,                           :
                                         :
                     Plaintiff,          :    24cv1210 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
JAMES C. KIMMEL et al.,                  :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 29, 2024, defendant filed a motion to dismiss the original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of April 18 directed the plaintiff to file any amended complaint by May 24 and alerted the plaintiff that it would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on May 24, thereby mooting the defendants' April 29 motion.  Defendants renewed their motion on June 7.  It is hereby

ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by June 21, 2024.  Defendants' reply, if any, shall be served by June 28.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          June 12, 2024

                              _____
                                    DENISE COTE
                              United States District Judge