

Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317

**Nathan Siegel**
(202) 973-4237 tel
(202) 973-4437 fax

nathansiegel@dwt.com

June 24, 2024

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *George Santos v. James C. Kimmel et al.*, No. 1:24-cv-01210-DLC

Dear Judge Cote:

    We represent Defendants James C. Kimmel a/k/a Jimmy Kimmel, American Broadcasting Companies, Inc., and The Walt Disney Company (collectively, "Defendants") in the above-referenced matter.

    Pursuant to Your Honor's Individual Practices § 1.E, we respectfully request a brief extension of time in which to file a reply in support of Defendants' motion to dismiss the amended complaint, to and including July 3, 2024.  Defendants' reply is currently due June 28, 2024, and there have been no previous requests for an extension of this deadline.  ECF No. 24.  Defendants make this request in order to accommodate attorneys' and clients' schedules.  Plaintiff does not object to this request.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Nathan Siegel*

Nathan Siegel