**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GEORGE SANTOS,

                    Plaintiff,

        -against-

JAMES C. KIMMEL, AMERICAN
BROADCASTING COMPANIES, INC,

                  Defendant.
-------------------------------------------------------------X

24 **CIVIL** 1210 (DLC)

## <u>JUDGMENT</u>

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated August 19, 2024, Defendants' motion to dismiss is

granted; accordingly, the case is closed.

**Dated:** New York, New York

      August 19, 2024

                                      **DANIEL ORTIZ**
                                    _____
                                    **Acting Clerk of Court**

               **BY:**                _____
                                    **Deputy Clerk**