UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE SANTOS,<br><br>      *Plaintiff,*<br><br> -v-<br><br>JAMES C. KIMMEL a/k/a JIMMY KIMMEL, AMERICAN BROADCASTING COMPANIES INC., and THE WALT DISNEY COMPANY,<br><br>      *Defendants*. | Case No. 1:24-cv-01210-DLC |

## PLAINTIFF GEROGE SANTOS' NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff GEORGE SANTOS appeals to the United States Court of Appeals for the Second Circuit from a final judgment dismissing Plaintiff's causes of action upon the granting of defendants' motion to dismiss the First Amended Complaint, entered in this action on August 19, 2024 (*see* ECF 29 & 30), and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Dated this 20th day of August, 2024.

                **Mancilla & Fantone, LLP**

           By: *Robert Fantone*
             Robert M. Fantone, Esq.
             Andrew Mancilla, Esq.
             260 Madison Ave, 22nd Fl.
             New York, New York 10016
             (646) 225 – 6686
             robert@law-mf.com
             *Attorneys for Plaintiff George Santos*

To:    *Via ECF*
Eric Feder, Esq.
Nathan Seigel, Esq.
Davis Wright Tremaine, LLP
(212) 603-6483
1301 K Street NW, Ste 500 East
Washington D.C. 20005
ericfeder@dwt.com
nathanseigel@dwt.com
*Counsel for Defendants*

**Joseph W. Murray, Esq.**

By: <u>*Joseph Murray*</u>
    Joseph Murray, Esq.
    185 Great Neck Road, Ste. 461
    Great Neck, New York 11021
    (646) 838 – 1702
    joe@jmurray-law.com
    *Attorneys for Plaintiff George Santos*

## CERTIFICATE OF SERVICE

I, Robert M. Fantone, hereby certify that on August 20, 2024, I served a true and correct copy of the foregoing PLAINTIFF GEORGE SANTOS' NOTICE OF APPEAL on counsel of record via electronic filing.

/s/     *Robert Fantone*
Robert Fantone